**FILED**

AUG - 3 2010

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
                    DEPUTY CLERK

BENJAMIN B. WAGNER
United States Attorney
RICHARD J. BENDER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2731

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 10-mj 212 KJN |
| Plaintiff, | ) | |
| v. | ) | **MOTION TO DISMISS COMPLAINT AS TO DEFENDANT JOHNSON THAMMAVONGSA; ORDER** |
| JOHNSON THAMMAVONGSA, | ) | |
| Defendant. | ) | |

The United States hereby moves to dismiss the Complaint in this case against defendant

Johnson Thammavongsa. The United States intends to let the State pursue criminal prosecution. The

Siskiyou County District Attorney's Office has filed a felony Information against this defendant

alleging the same criminal conduct. The motion is made pursuant to Rule 48(a), F.R.Crim.P.

Dated: August 3, 2010

BENJAMIN B. WAGNER
U.S. Attorney

by     _Richard J. Bender_
       RICHARD J. BENDER
       Assistant U.S. Attorney

IT IS SO ORDERED,

this 3rd day of August, 2010.

_Dale A. Drozd_
_____
HON. DALE A. DROZD
U.S. Magistrate Judge